# EXHIBIT 1

# EXHIBIT 1

Support domain.com



Domains ⌄  Hosting  Security ⌄  Email ⌄

Other Services ⌄  About Us

# WHOIS Lookup

Check who owns a domain

dustfreetoday.com   SEARCH



Find affordable domain name    SEARCH DOMAIN

Domains ⌄  Hosting  Security ⌄  Email ⌄  Other Services ⌄  About Us



```
Domain Name: dustfreetoday.com
Registry Domain ID: 2653434139_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2022-05-11T07:00:00Z
```

# EXHIBIT 2

# EXHIBIT 2



Home   Tools   Contact   

# Find out who is hosting any website

To find out where a website is hosted enter the URL address:

dustfreetoday.com

**FIND HOST**

It is hosted by: **Web-hosting.com**

WHOIS information: **Click here**

Organization name: **3402 East University**

IP address: **192.64.118.114**

AS(autonomous system) number and organization: **AS22612 Namecheap, Inc.**

AS name: **NAMECHEAP-NET**

Reverse DNS of the IP: **premium44-5.web-hosting.com**

City: **New York**



### Dev toolkit

Who is hosting any site

Ping IP/URL   Reverse image search

Is a site Up or Down   What is my IP

What is my DNS   Port checker

Reverse IP Checker

### We value your feedback

Send us bug reports, questions, feature requests or just say "Hi :)"

