IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>Owner of website dustfreetoday.com.,<br><br>*Defendant*. | Case No. 1:22-cv-02577<br><br>Judge Robert M. Dow<br>Magistrate Judge M. David Weisman |

## MOTION FOR ORDER EXTENDING TIME TO SERVE

Plaintiff, Jorge Alejandro Rojas ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 4 moves this Court to enter an order extending the time to serve Defendant by an additional sixty (60) calendar days, to October 13, 2022. Plaintiff has been unable to communicate with Defendants as they have yet to be identified. This is the first such requested extension of time.

On May 16, 2022, Plaintiff commenced this action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, alleging Defendant called Plaintiff multiple times without consent. Dkt. 1. The clerk docketed Plaintiff's payment of the filing fee[1] on May 23, 2022. Dkt. 8.

This action was brought against a fictitious placeholder entity while Plaintiff identifies the proper Defendant. As alleged in the Complaint, Plaintiff received multiple telephone calls from

---

[1] Plaintiff has been advised by the Clerk that he is unable to pay for the filing fee at the same time as submitting the case electronically for filing unless he is paying in person because a case number has not been assigned. Therefore, Plaintiff submits the filing fee shortly after a case number being assigned.

1

Defendants, which included reference to the website http://dustfreetoday.com, which Plaintiff seeks subpoenas directed at the domain name registrar and web hosting company to identify the owners of the website. On May 17, 2022, Plaintiff moved this Court for an order authorizing the issuance of those subpoenas. Dkt. 4.

Fed. R. Civ. P. 4(m) provides 90 days after the filing of the Complaint to serve parties. The deadline would be August 15, 2022. Plaintiff seeks an additional 60 calendar days, to and including October 13, 2022, to serve Defendants. The basis for this request is that as of now, Plaintiff is still awaiting this Court's ruling on his motion for subpoenas. To the extent the Court grants the subpoenas, Plaintiff will then serve the subpoenas on the applicable parties. After receiving responsive records, Plaintiff will amend the Complaint and begin service of process on the identified parties. Plaintiff believes 60 calendar days is appropriate for the first extension of time for this request but recognizes that additional time may be necessary based on the turn around time of the subpoenas and the location of to-be-named Defendants.

The requested extension of time to serve is for good cause and not for the purposes of delay. Plaintiff has diligently worked to identify the proper Defendants in this action with the Court's subpoena power. Plaintiff respectfully requests the Court extend the time to serve Defendants to October 13, 2022.

Respectfully submitted,

Dated: August 11, 2022                               /s/ Jorge Alejandro Rojas

                                                     Jorge Alejandro Rojas
                                                     557 Cambridge Way
                                                     Bolingbrook, IL 60440
                                                     Rojas.jorge96@gmail.com
                                                     424-219-1582
                                                     Plaintiff in *Pro Se*