IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. Owner of website dustfreetoday.com, *Defendant*. | Case No. 1:22-CV-02577 Judge Robert M. Dow, Jr. |

## NOTICE REGARDING PENDING MOTION

Plaintiff, Jorge Alejandro Rojas, respectfully notifies this Court of the following:

Plaintiff commenced this action on May 16, 2022, alleging violations by an unknown, to be identified, Defendant, of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Dkt. 1. On May 17, 2022, Plaintiff moved this Court ex parte for the issuance of subpoenas to identify the identity of the Defendant. Dkt. 4.

On September 13, 2022, Plaintiff received an additional telephone call from the alleged caller. Specifically, the caller provided Plaintiff the same website provided during the other telephone calls. Therefore, the calling party is still in business and conducting their allegedly unlawful activities. On August 12, 2022, this Court granted Plaintiff an extension of time to serve Defendant (Dkt. 10), to and including October 13, 2022.

The Court has not yet ruled on the motion for subpoenas. Without the requested relief, Plaintiff is unable to pursue his case and bring the appropriate Defendants into this action. Plaintiff

1

wishes to inform the Court of the additional call and new development in the case. To the extent the Court has questions or concerns concerning the motion for discovery, Plaintiff is ready to address those.

    Respectfully submitted,

Dated: September 13, 2022                                                      /s/ Jorge Alejandro Rojas

                                                                              Jorge Alejandro Rojas
                                                                              557 Cambridge Way
                                                                              Bolingbrook, IL 60440
                                                                              Rojas.jorge96@gmail.com
                                                                              424-219-1582
                                                                              Plaintiff in *Pro Se*

## **CERTIFICATE OF SERVICE**

    As no Defendant has been identified in this matter, this document is not served on any party.