UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jorge Alejandro Rojas
                              Plaintiff,
v.                                                          Case No.: 1:22−cv−02577
                                                            Honorable Joan B. Gottschall
Barry Martin, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 27, 2022:

MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's ex parte application [19] filed 12/27/2022 for issuance of subpoenas to determine defendants' identities is granted subject to the conditions set forth in the accompanying order. Enter order. Plaintiff must serve a copy of the order upon each subpoena recipient. The court bases its ruling on plaintiff's representations that the telephone and internet service providers to whom the subpoenas are directed will provide their customers with notice and an opportunity to move to quash each subpoena before disclosing customer information to plaintiff. In addition to the named telephone and internet service providers, Plaintiff is ordered to email copies of the subpoenas to the addresses at which he has been attempting to contact defendants. See Motion at 4, ECF No. 19. Because the deadline to serve the summons and complaint has been extended [18] to 3/10/2023, the parties' deadline to file a joint initial status report is extended to and including 3/24/2023.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.