IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> *Plaintiff,* <br><br> vs. <br><br> BARRY MARTIN, ISSAC J. HUNT, NADIA MARTINEZ, OWNER OF HVACLEADSPRO.COM, OWNER OF CLEANINGLEADSPRO.COM, OWNER OF ALLCITYDUCTCLEANING.COM, and OWNER OF SOLARLEADSHUB.COM, <br><br> *Defendants*. | Case No. 1:22-cv-02577 <br><br> Judge Joan B. Gottschall <br> Magistrate Judge M. David Weisman |

**ORDER**

Having considered Plaintiff Jorge Alejandro Rojas' Ex Parte Application for Subpoenas Duces Tecum to Determine Identity of Defendant, it is

**ORDERED** that the motion is **GRANTED SUBJECT TO THE CONDITIONS THAT FIRST, PLAINTIFF SERVE A COPY OF THIS ORDER UPON EACH SUBPOENA RECIPIENT, AND SECOND, THAT THE SUBPOENA RECIPIENTS GIVE NOTICE TO THEIR CUSTOMERS BEFORE DISCLOSING ANY CUSTOMER INFORMATION** pursuant to these subpoenas. If the subpoena recipients, by their terms of service, are not prepared to give their customers prior notice, they must so advise the court before disclosing customer information by emailing Chambers_Gottschall@ilnd.uscourts.gov;

**ORDERED** that Plaintiff may request the Clerk issue a subpoena to Bandwidth.com and any subsequent downstream provider seeking "Identifying information concerning 646-583-1385, including name, company name, phone number, address, e-mail, and any telephone numbers this

1

number forwards to, of the wholesale customer, or of the end user if no wholesale customer, as of December 12, 2022;"

**ORDERED that** Plaintiff may request the Clerk issue subpoenas to NameSilo, LLC; PrivacyGuardian.org; and SG Hosting, Inc., seeking **"**Information identifying the owner, technical, and billing contact(s) for hvacleadspro.com, cleaningleadspro.com, allcityductcleaning.com, and solarleadshub.com as of December 12, 2022, including name, company name, address, e-mail, and phone number, and name used on payment transactions;"

**ORDERED that** Plaintiff may request the Clerk issue a subpoena directed to Sinch Voice, operating under the legal name Inteliquent, Inc, and any subsequent downstream provider seeking "Contact information for the customer or wholesale customer of 469-949-6601, as of December 26, 2022, including name, company, address, email, and the name used for the payment method, and any phone numbers to which the number forwards."

Dated: December 27, 2022

                                                                                               Joan B. Gottschall
                                                                                               United States District Judge